# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156349(56)

PAUL BROOKS,
          Plaintiff-Appellant,

v

GENESEE COUNTY. MICHAEL
TOCARCHICK, and CHRISTOPHER
SWANSON,
          Defendants-Appellees.
_____/

SC: 156349
COA: 330119
Genesee CC: 13-101423-CZ

       On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted for filing if submitted on or before October 11, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2017



Clerk